**Order entered September 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00169-CR

### DENNIS FRANCIS WOLEVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F13-22426-L

## ORDER

We **REINSTATE** this appeal.

On August 16, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. On August 25, 2016, appellant's brief was tendered along with a motion to extend time to file the brief. Because findings are no longer necessary, we **VACATE** the August 16, 2016 order.

We **GRANT** appellant's August 25, 2016 motion to extend time and **ORDER** appellant's brief timely filed as of the date of this order.

/s/      ADA BROWN
         JUSTICE